UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
HOWARD SALTEN

       Plaintiff,

 -against-

UNITED STATES OF AMERICA (USA),
BARACK HUSSEIN OBAMA President;
DEPARTMENT OF JUSTICE(DOJ),LORETTA E.
LYNCH, United States Attorney General;
FEDERAL BUREAU OF INVESTIGATION(FBI),
ROBERT S. MUELLER Director;
U.S. DEPARTMENT OF THE TREASURY,
JACOB J. LEW Treasury Secretary;
INTERNAL REVENUE SERVICE(IRS),
JOHN KOSKIN Commissioner;
TAVISTOCK GROUP, JOSEPH C. LEWIS
Owner and principal of approximately
170 entities, inter alia,
PRIVATE CAPITAL GROUP LLC,
ROUNDPOINT MORTGAGE CORPORATION,
ROUNDPOINT MORTGAGE SERVICING CORPORATION
subsidiary of ROUNDPOINT FINANCIAL GROUP, INC.,
GOSHEN MORTGAGE LLC., FAY SERVICING LLC.;
JOHN DOE and JANE DOE
such names being fictitious
and unknown to plaintiff; the persons or
parties intended being natural
persons, corporations, or other
entities and any incarnations, deviations,
alterations of name juxtaposition which masks
or hides true ownership or control of the above
named defendants, involved in
or having or claiming an interest in
or lien upon the premise described in the
premises located at 95-14 67th Avenue,
Rego Park, NY, 11374, each individually
or in their official capacities, if any.

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - X

Jury Trial Requested

Civil Action
No.15-CV-

CV 15    4066

COMPLAINT

FEUERSTEIN, J.

BROWN, M.J.

HOWARD SALTEN the plaintiff non attorney appearing pro se residing at 95-14 67th Avenue, Rego Park, Queens County, City of New York 11374, affirms under the penalties of perjury, that upon information and belief, and as to those matter believes them to be true, states:

1.- UNITED STATES OF AMERICA (USA) and the DEPARTMENT OF JUSTICE (DOJ) are defendants where it is believed service may be made upon the United States Attorney General LORETTA LYNCH at U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001, telephone number (202)514-2000; TAVISTOCK GROUP, and its founder JOSEPH C. LEWIS are defendants where it is believed service may be made at 9350 Conroy Windermere Road, Windermere, FL 34786-8411 telephone number (407)876-0111 and principal owner **of** approximately 170 entities included but not limited to PRIVATE CAPITAL GROUP LLC, where it is believed service may be made at 5032 Parkway Plaza Blvd., Charlotte, NC 28217 telephone number (704)426-8949, and ROUNDPOINT MORTGAGE SERVICING CORPORATION subsidiary of ROUNDPOINT FINANCIAL GROUP, INC., are defendants where it is believed service may also be made at 5032 Parkway Plaza Boulevard Suite 100, Charlotte, NC 28217, telephone number (704)426-8800; GOSHEN MORTGAGE LLC. where it is believed service may be made at 411 W. Putnam Avenue, Greenwich, CT 06830, telephone number (303)923-6411; FAY SERVICING LLC. where it is

believed service may be made at 440 S LaSalle St., Suite 2000, Chicago, IL 60605, telephone number (800)495-7166. Identities of defendants John and Jane Doe as natural persons or business entities and the addresses where service may be made together with their telephone numbers are unknown on the date herein.

2.- The basis for jurisdiction are, inter alia, Diversity of Citizenship, violation of Federal law, fraud in interstate [RESPA(P II A3REIN)] commerce denial of Civil and Constitutional rights, denial of due process, seizure of personal property without due process, and laws of the defendant UNITED STATES of AMERICA and other Federal Questions with amounts in damages exceeding $100,000.00 (one hundred thousand dollars) The basis for jurisdiction for Diversity of Citizenship, where the citizenship of plaintiff is in the State of New York in the Eastern District Federal Court and the defendants in various states as heretofore listed above in Washington, DC, Windermere, Florida, and Charlotte, North Carolina.

SYNOPSIS

3.- On July 1, 2015 deponent received Notice of Sale in an envelope without a return address dated June 26, 2015 (Friday) indicating that Private Capital Group LLC. as plaintiff, [Exhibit "A" attached] who lacks standing before the courts, will sell the house of the 78 year old disabled American veteran deponent who has resided upon the premises since 1942(seventy

two years)by attorneys whose chief attorney has been twice arrested for criminal felonies in the perpetration of mortgage fraud.

4.- A letter received March 20, 2015 by deponent captioned Notice of Sale of Ownership of Mortgage Loan indicated that on February 17, 2015 Goshen Mortgage LLC of Greenwich Connecticut was the owner of deponents mortgage. [Exhibit "B" attached]

5.- Deponent was forced to file bankruptcy on February 19, 2015 under case number 8-15-70651 prior to receipt of exhibit "B" due to the well recognized prevalent mortgage fraud foreclosure actions where Federal law hs been circumvented with impunity and State foreclosure judge, retired, receiving personal remuneration and foreclosed property and ruling without jurisdiction of your deponent, but allegedly protected by immunity despite the lack of both the necessary subject and personal jurisdiction, and plaintiffs inability to find attorneys to represent deponent who required substantial deposits well above deponents resources and are not available pro bono in civil matters.

6.- Deponent is eligible for a reverse mortgage due to his age, HARP refinancing, and Veterans Administration guarantied mortgage, all thwarted by Loretta E. Lynch personally in her previous position and her failure upon her personal knowledge of

the criminal fraudulent actions by named and unknown defendants in the caption herein.

## STATEMENT OF CLAIM

7.- Plaintiff has been denied access to the New York State trial and appellate courts, subjected to fraud, illegality and denied equal rights under the Constitution and laws of the State of New York and the United States of America.

8.- Defendants individually and in concert have conspired to deny plaintiff his rights under the of the Constitution and laws of the United States for due process in furtherance of their own frauds and grand thefts for their own unjust enrichment.

9.- Plaintiff obtained a small mortgage of $150,000 from Greenpoint Bank, serviced by a Greenpoint Bank subsidiary Greenpoint Mortgage Company, on his home valued at $750,000 to make the premises wheelchair accessible and other improvements for this disabled plaintiff.

10.- After approximately five years of timely full payments, Greenpoint began returning plaintiffs checks when they ceased doing business.

11.- No RESPA filings were made or had and plaintiff began making payments to an escrow account.

12.- An action was commenced by sewer service of a summons and complaint by a licensed New York City process server who failed to investigate and punish server and employer.

13.- The fraudulent filed affidavit of purported personal service which upon its face had no resemblance to plaintiff was addressed in a Motion for a Traverse that came before foreclosure judge JOSEPH G. GOLIA, now retired, of the Queens County Supreme Court located at Jamaica, NY who ignored the motion and merely entered summary judgment against plaintiff as was his previous practice for his and his co-conspirators own unjust enrichment, assigning to his friend as referee to determine monies owed which took approximately five years for a determination with requisite input denied from herein plaintiff.

14.- Plaintiff was notified in an action before the Eastern District of New York bankruptcy Court of Copperfield Investments LLC that his mortgage was on a list of assets of Copperfield.

15.- Plaintiff requested to be named as an appearing party and in bankruptcy court was then told the mortgage was transferred but counsel for Copperfield could not indentify to whom.

16.- There then appeared attorney Danielle Mastriano for Rosecki, Rosecki & Associates PC who could not produce any mortgage papers or RESPA filings in the foreclosure action including the identity and/or standing of Rosecki, Roseki &

Associates PC or the alleged mortgage holder defendant Private Capital Group or Roundpoint Mortgage Servicing Corporation.

17.- Then Rosecki attorney Mr. Singh twice appeared and told foreclosure judge Golia that there were no records although ordered by the judge to produce them.

18.- The next attorney to appear for Rosecki was their top chief attorney Andrew Morganstern who produced boiler plate documents purported to be those of plaintiffs mortgage which in fact were not the papers signed by plaintiff.

19.- Morganstern then proceeded to submit three different mortgage assignments; Ficus Investment, Inc., Private Capital Group, LLC. and Roundpoint Mortgage, <u>all signed the same day by the same person</u>, three distinctly separate entities, without any proof of the demanded RESPA filings, only after plaintiff identified the criminal fraud.

20.- Andrew Morganstern <u>twice arrested for felony mortgage fraud</u>, refused to sign the ordered affidavit ordered by the administrative judge Jonathan Lippman to curtail the criminal frauds perpetrated by attorneys and their clients documented in the literature.

21.- PLEASE TAKE JUDICIAL NOTICE that Rosecki, Rosecki & Associates PC had dozens if not hundreds of mortgage actions dismissed by various judges, but not Joseph G. Golia who gained personal enrichment from his foreclosed property decisions for

the much touted mortgage frauds as clearly evidenced in the herein plaintiffs foreclosure action.

22.- Each of the named defendant entities and approximately 170 (one hundred seventy) other entities are secretly owned by defendant Tavistock Group and defendant Joseph C. Lewis founder.

23.- PLEASE TAKE FURTHER JUDICIAL NOTICE that Joseph G. Golia was accused of complicity of the murder of pro se litigant Sonny Sheu who came before him in 2001 and had evidence of unjust enrichment of Golia for himself, his wife, son and daughter, and other recipients of real estate upon which he ruled, and Golia's false required filings with the New York State Commission on Public Integrity.

24.- The bar association gave a "poor" rating to Golia and a former Russian KGB member submitted evidence of bribes in excess of $100,000 to Golia.

**RELIEF**

25.- Plaintiff requests a stay the sale two days hence on July 17th 2015 at 10:00 o'clock in the morning of herein plaintiffs home located at 95-14 67th Avenue, Rego Parks, NY 11374, and issue an Order for a permanent injunction pending the decision upon the trial of the substantive issues herein requested in the interest of substantial justice; consolidate the hearing with the trial heretofore denied plaintiff by Golia and defendant on the merits, facts and law.

26.- As can be seen from the foregoing, I have had no previous adequate remedy at law in the interest of substantial justice.

27.- Defendant Private Capital Group at (704)426-8949, telephone answered by Roundpoint Servicing Corporation was contacted in the morning of July 14, 2015 at 9:56AM.

WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may be just and proper.

Dated: July 15, 2015
Queens, NY

HOWARD SALTEN
Plaintiff pro se
95-14 67th AVE
REGO PARK NY 11374
917 7768335

## NOTICE OF SALE
## SUPREME COURT: QUEENS COUNTY

PRIVATE CAPITAL GROUP, LLC; Plaintiff(s)
vs. HOWARD SALTEN; et al; Defendant(s)
Attorney (s) for Plaintiff (s): ROSICKI, ROSICKI & ASSOCIATES, P.C., 2 Summit Court, Suite 301, Fishkill, New York, 12524, 845.897.1600
Pursuant to judgment of foreclosure and sale granted herein on or about March 28, 2013, I will sell at Public Auction to the highest bidder at QUEENS COUNTY SUPREME COURT, located at 88-11 SUTPHIN BOULEVARD, JAMAICA, NEW YORK, IN COURTROOM #25, 11435.
On July 17, 2015 at 10:00 am.
Premises known as 95-14 67th Avenue, Rego Park, NY 11374
Block: 3164   Lot: 2
ALL THAT CERTAIN PLOT, PIECE, OR PARCEL OF LAND, SITUATE, LYING AND BEING THE SECOND WARD OF THE BOROUGH AND COUNTY OF QUEENS, CITY AND STATE OF NEW YORK.
As more particularly described in the judgment of foreclosure and sale.
Sold subject to all of the terms and conditions contained in said judgment and terms of sale.
Approximate amount of judgment $249,465.83 plus interest and costs.
INDEX NO. 11916/04
JOSEPH J. RISI, ESQ.; REFEREE

'ersonal Confidential



U.S. POSTAGE >> PITNEY B(
ZIP 12524   $ 000.4
02 1W
0001392453 JUN 26 2

HOWARD SALTEN
95-14 67TH AVENUE
REGO PARK NY, 11374

# EXHIBIT "A"



P.O. Box 619063
Dallas, TX 75261-9063

March 12, 2015

2-775-01996-0000117-001-01-000-000-000-000



HOWARD SALTEN
PO BOX 5066
SOUTHAMPTON NY  11969-5066

404 NOTICE

## NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new creditor. This notice is to inform you that your prior creditor has sold your mortgage loan (see loan information below) to the new creditor identified below.

The new creditor identified below is not the servicer of your loan. The servicer (identified below) acts on behalf of the new creditor to handle the ongoing administration of your loan, including the collection of mortgage payments. Please send your mortgage payments as directed by the servicer, and not to the new creditor. <u>Payments sent to the new creditor instead of the servicer may result in late charges on your loan and your account becoming past due. Neither the new creditor nor the servicer is responsible for late charges or other consequences of payments sent to the new creditor.</u>

SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT THE SERVICER USING THE CONTACT INFORMATION SET FORTH BELOW. The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the new creditor of your request and communicate to you any decision with respect to such request.

Please note that the sale of your loan to the new creditor may also result in a change of servicer. If this occurs, you will receive a separate notice, required under federal law, providing information regarding the new servicer.

**LOAN INFORMATION**

Date of Loan: 06/03/1998
Original Amount of Loan: $160,000.00
Date Your Loan was Sold to the New Creditor: 2/17/2015
Prior Loan Number: 0000002460
Current Loan Number: 0000105981
Address of Mortgaged Property: 95-14 67TH AVENUE
                               REGO PARK NY 11374

# EXHIBIT "B"

**SERVICER INFORMATION**

Name: Fay Servicing
Mailing Address: 440 S LaSalle St
Suite 2000
Chicago, IL 60605
Telephone Number (Toll free): 1-800-495-7166
Website: http://fayservicing.com/

Scope of responsibilities: The servicer is responsible for all ongoing administration of your loan, including receipt and processing of payments, resolution of payment-related issues, and response to any other inquiries you may have regarding your loan.

**NEW CREDITOR INFORMATION**

Please be advised that all questions involving the administration of your loan (including questions related to payments, deferrals, modifications or foreclosures) should be directed to the servicer at the number above and/or the agent (if any) of the new creditor identified below, and not to the new creditor. The new creditor does not have access to information relating to the administration of your loan, and will not be able to answer most loan-related questions.

Name: Goshen Mortgage LLC
Mailing Address (**not for payments**): 411 W. Putnam Avenue
Greenwich, CT 06830
Telephone Number: 303-923-6411

Scope of responsibilities: As new creditor, the above-named legal title trustee holds legal title to your loan on behalf of the related securitization trust. The legal title trustee, on behalf of the securitization trust, is authorized to receive legal notices and to exercise (or cause an agent on its behalf to exercise) certain rights of ownership with respect to your loan.

**AGENT INFORMATION** (If the new creditor has granted an agent other than the servicer authority to act on its behalf, contact information for such agent will appear below):

Name:
Mailing Address:

Telephone Number (Toll free):

The transfer of the lien associated with your loan is, or in the future may be, recorded in the public records of the local County Recorder's office for the county or local jurisdiction where your property is located. Ownership of your loan may also be recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.

```
UNITED STATES DISTRICT COURT                Civil Action
EASTERN DISTRICT OF NEW YORK                No.15-CV-
- - - - - - - - - - - - - - - - - - - - X
HOWARD SALTEN                 Plaintiff,    JURY TRIAL REQUESTED
     -against-
```

UNITED STATES OF AMERICA (USA), BARACK HUSSEIN OBAMA President;
DEPARTMENT OF JUSTICE(DOJ),LORETTA E.LYNCH, United States
Attorney General; FEDERAL BUREAU OF INVESTIGATION(FBI),
ROBERT S. MUELLER Director; U.S. DEPARTMENT OF THE TREASURY,
JACOB J. LEW Treasury Secretary; INTERNAL REVENUE SERVICE(IRS),
JOHN KOSKIN Commissioner; TAVISTOCK GROUP, JOSEPH C. LEWIS
Owner and principal of approximately 170 entities, inter alia,
PRIVATE CAPITAL GROUP LLC, ROUNDPOINT MORTGAGE CORPORATION,
ROUNDPOINT MORTGAGE SERVICING CORPORATION subsidiary of
ROUNDPOINT FINANCIAL GROUP, INC., GOSHEN MORTGAGE LLC., FAY
SERVICING LLC.;
JOHN DOE and JANE DOE
such names being fictitious and unknown to plaintiff;
the persons or parties intended being natural persons,
corporations, or other entities and any incarnations,
deviations, alterations of name juxtaposition which masks
or hides true ownership or control of the above
named defendants, involved in or having or claiming an interest
in or lien upon the premise described in the premises located at
95-14 67th Avenue, Rego Park, NY, 11374, each individually
or in their official capacities, if any.
                                         Defendants.
- - - - - - - - - - - - - - - - - - - - X

**ORDER TO SHOW CAUSE** for
**PRELIMINARY INJUNCTION** and
**TEMPORARY RESTRAINING ORDER** and
**ORDER FOR TRIAL**


- - - - - - - - - - - - - - - - - - - - X

HOWARD SALTEN
Plaintiff pro se
95-14 67th Avenue,
Rego Park, NY 11374
- - - - - - - - - - - - - - - - - - - - X

Defendant list for service:

UNITED STATES OF AMERICA (USA) and the
DEPARTMENT OF JUSTICE (DOJ)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
telephone number (202)514-2000;

TAVISTOCK GROUP, and JOSEPH C. LEWIS
9350 Conroy Windermere Road,
Windermere, FL 34786-8411
telephone number (407)876-0111

PRIVATE CAPITAL GROUP LLC,
5032 Parkway Plaza Blvd.,
Charlotte, NC 28217
telephone number (704)426-8949

ROUNDPOINT MORTGAGE SERVICING CORPORATION subsidiary of
ROUNDPOINT FINANCIAL GROUP, INC.,
5032 Parkway Plaza Boulevard Suite 100
Charlotte, NC 28217,
telephone number (704)426-8800

ROUNDPOINT FINANCIAL GROUP, INC.,
5032 Parkway Plaza Boulevard Suite 100
Charlotte, NC 28217,
telephone number (704)426-8800

GOSHEN MORTGAGE LLC.
411 W. Putnam Avenue
Greenwich, CT 06830
telephone number (303)923-6411

FAY SERVICING LLC.
440 S LaSalle St., Suite 2000,
Chicago, IL 60605
telephone number (800)495-7166

Identities of defendants John and Jane Doe as natural persons or business entities and the addresses where service may be made together with their telephone numbers are unknown on the date herein.